| *Return* | |
|---|---|
| *Case No*: 2:17-MJ-990 | *Date and time warrant served on provider:* <br> 05/03/2017 5:32pm |

*Inventory made in the presence of:*
Senior Special Agent Breanne Iannazzo

*Inventory of data seized:*
**[Please provide a description of the information produced.]**

The following categories of email were seized pursuant to the search warrant:
- 31 emails involving Craigslist
- 45 emails involving Financial Documents
- 114 emails involving Financial Institutions
- 103 emails involving Financial Transactions
- 14 emails involving Lodging
- 4 emails involving Online Shopping
- 18 emails involving Transportation

NOTE: Some emails involved applied to more than one category; therefore the email may be listed in both categories.

## *Certification*

*I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 07/25/2017

*Executing officer's signature*
Jeremy M. O'Hara, Senior Special Agent

*Printed name and title*